Order issued December 31 , 2012

005351



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00692-CV

**BEAL BANK, Appellant**

V.

**WARREN A. GILBERT, JR., ET AL., Appellee**

## ORDER

We **GRANT** appellant's December 24, 2012 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before January 18, 2013.

ELIZABETH LANG-MIERS
JUSTICE